CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
CHRISTOPHER BURTON
Nevada Bar Number 12940
SUSAN CUSHMAN
KIMBERLY SOKOLICH
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov
Susan.Cushman@usdoj.gov
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL, BEARING TRACKING NUMBER 9405 5379 0290 1428 6964 76, ADDRESSED TO ABRAHAM ELLIOTT, 10388 MIDSEASON MIST ST, LAS VEGAS, NV 89183 | Case No. 2:21-mj-00113-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2:21-mj-00124-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE CONTINUED TRACKING OF:<br><br>A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | Case No. 2:21-mj-00182-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

| | |
|---|---|
| 1  IN THE MATTER OF THE CONTINUED TRACKING OF: | Case No. 2:21-mj-00398-DJA |
| 2  A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| 3 | |
| 4 | |
| 5  IN THE MATTER OF THE SEARCH OF | Case No. 2:21-mj-00512-DJA |
| 6  USPS PRIORITY MAIL ENVELOPES TO BE OBTAINED ON JUNE 17, 2021 MEETING CRITERIA SPECIFIED BELOW | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| 7 | |
| 8  IN THE MATTER OF THE SEARCH OF | Case No. 2:21-mj-00513-DJA |
| 9  USPS PRIORITY MAIL ENVELOPES TO BE OBTAINED ON JUNE 18, 2021 MEETING CRITERIA SPECIFIED BELOW | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| 10 | |
| 11  IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: | Case No. 2:21-mj-00515-DJA |
| 12  THE PREMISES KNOWN AND DESCRIBED AS 304 E. SILVERADO RANCH BOULEVARD, UNIT 1110, LAS VEGAS, NEVADA 89183 | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| 13 | |
| 14 | |
| 15  IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: | Case No. 2:21-mj-00516-DJA |
| 16  THE PREMISES KNOWN AND DESCRIBED AS 6145 HARRISON DRIVE, SUITE 4, LAS VEGAS, NEVADA 89120 | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| 17 | |
| 18 | |
| 19  IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: | Case No. 2:21-mj-00514-DJA |
| 20  THE PREMISES KNOWN AND DESCRIBED AS 487 E PETAL DEW AVENUE, LAS VEGAS, NEVADA 89183 | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| 21 | |
| 22 | |
| 23 | |

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 10388 MIDSEASON MIST STREET, LAS VEGAS, NEVADA 89183 | Case No. 2:21-mj-00517-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 305 ST. AUGUSTINE LANE, HENDERSON, NEVADA 89014 | Case No. 2:21-mj-00518-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A SILVER-COLORED 2017 CHEVROLET SILVERADO (VIN: 3GCUKREC0HG108984) BEARING NEVADA LICENSE PLATE VMD601 | Case No. 2:21-mj-00519-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A BLUE-COLORED 2007 BMW 328i (VIN: WBAVA33527KX79327) BEARING NEVADA LICENSE PLATE 12345TH | Case No. 2:21-mj-00520-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A SILVER-COLORED 2019 NISSAN ROGUE (VIN: 5N1AT2MT9KC797793) BEARING NEVADA LICENSE PLATE US263P | Case No. 2:21-mj-00521-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

3

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A GRAY-COLORED 2016 CADILLAC CTS (VIN: 1G6AR5SS3G0195627) BEARING NEVADA LICENSE PLATE AL7456 | Case No. 2:21-mj-00522-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A BLACK-COLORED 2015 CHEVROLET SONIC (VIN: 1G1JC6SG4F4213150) | Case No. 2:21-mj-00523-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America, by and through CHRISTOPHER CHIOU, Acting United States Attorney, and Christopher Burton, Susan Cushman, and Kimberly Sokolich, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases. Specifically, the undersigned requests to unseal these items and all related documents in anticipation of producing the same as discovery in Case No. 2:21-cr-00190-APG-EJY.

**DATED** this 1st day of December, 2021.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Kimberly Sokolich*
_____
KIMBERLY SOKOLICH
CHRISTOPHER BURTON
Assistant United States Attorneys

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
CHRISTOPHER BURTON
Nevada Bar Number 12940
SUSAN CUSHMAN
KIMBERLY SOKOLICH
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.burton4@usdoj.gov
Susan.Cushman@usdoj.gov
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>A UNITED STATES POSTAL SERVICE (USPS) PRIORITY MAIL PARCEL, BEARING TRACKING NUMBER 9405 5379 0290 1428 6964 76, ADDRESSED TO ABRAHAM ELLIOTT, 10388 MIDSEASON MIST ST, LAS VEGAS, NV 89183 | Case No. 2:21-mj-00113-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2:21-mj-00124-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE CONTINUED TRACKING OF:<br><br>A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | Case No. 2:21-mj-00182-DJA<br><br>**ORDER TO UNSEAL CASE** |

5

| | |
|---|---|
| IN THE MATTER OF THE CONTINUED TRACKING OF:<br><br>A SILVER COLORED 2017 CHEVROLET SILVERADO BEARING NEVADA LICENSE PLATE NUMBER VMD601 | Case No. 2:21-mj-00398-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF<br><br>USPS PRIORITY MAIL ENVELOPES TO BE OBTAINED ON JUNE 17, 2021 MEETING CRITERIA SPECIFIED BELOW | Case No. 2:21-mj-00512-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF<br><br>USPS PRIORITY MAIL ENVELOPES TO BE OBTAINED ON JUNE 18, 2021 MEETING CRITERIA SPECIFIED BELOW | Case No. 2:21-mj-00513-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 304 E. SILVERADO RANCH BOULEVARD, UNIT 1110, LAS VEGAS, NEVADA 89183 | Case No. 2:21-mj-00515-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 6145 HARRISON DRIVE, SUITE 4, LAS VEGAS, NEVADA 89120 | Case No. 2:21-mj-00516-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 487 E PETAL DEW AVENUE, LAS VEGAS, NEVADA 89183 | Case No. 2:21-mj-00514-DJA<br><br>**ORDER TO UNSEAL CASE** |

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 10388 MIDSEASON MIST STREET, LAS VEGAS, NEVADA 89183 | Case No. 2:21-mj-00517-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE PREMISES KNOWN AND DESCRIBED AS 305 ST. AUGUSTINE LANE, HENDERSON, NEVADA 89014 | Case No. 2:21-mj-00518-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A SILVER-COLORED 2017 CHEVROLET SILVERADO (VIN: 3GCUKREC0HG108984) BEARING NEVADA LICENSE PLATE VMD601 | Case No. 2:21-mj-00519-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A BLUE-COLORED 2007 BMW 328i (VIN: WBAVA33527KX79327) BEARING NEVADA LICENSE PLATE 12345TH | Case No. 2:21-mj-00520-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A SILVER-COLORED 2019 NISSAN ROGUE (VIN: 5N1AT2MT9KC797793) BEARING NEVADA LICENSE PLATE US263P | Case No. 2:21-mj-00521-DJA<br><br>**ORDER TO UNSEAL CASE** |

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A GRAY-COLORED 2016 CADILLAC CTS (VIN: 1G6AR5SS3G0195627) BEARING NEVADA LICENSE PLATE AL7456 | Case No. 2:21-mj-00522-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR:<br><br>THE VEHICLE KNOWN AND DESCRIBED AS A BLACK-COLORED 2015 CHEVROLET SONIC (VIN: 1G1JC6SG4F4213150) | Case No. 2:21-mj-00523-DJA<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 3rd day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE